IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SALCIDO, | |
| Petitioner, | No. CIV S-08-1025 MCE EFB P |
| vs. | |
| MIKE MARTEL, Warden, et al., | |
| Respondents. | ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 15, 2008, petitioner requested an extension of time to file and serve a reply to respondents' answer filed August 11, 2008. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's September 15, 2008, request for extension of time is granted and petitioner has 30 days from the date this order is served to file and serve a reply.

DATED: November 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE